

VIRGINIA DEPARTMENT OF CORRECTIONS

## Institutional Classification Authority Hearing

DOC-11H
DOC Location: Wallens Ridge State Prison
Report generated by Young, B A
Report run on 8/23/2019 at 8:32 AM

| Offender Name: Woodhouse, Vincent L | DOC#: 1031027 | DOC Location: Red Onion State Prison | Bed Assignment: C-4-SL6-412-B |
|---|---|---|---|

### Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 06/07/2017 for Transfer

Comments: Administrative Interstate Compact Transfer

Authorizing Staff             Date & Time

Hearing Date:

Offender Statement: "No Statement"

Reporting Staff Comments: Based upon information received from Craig Arms, Intelligence Specialist, V. Woodhouse has been exposed and labeled as a "snitch" by Bloods in the VADOC, Woodhouse is a candidate to be considered for protective custody or out-of-state transfer.

### Part II: Hearing Disposition

**Transfer Review:**

The ICA recommends: Transfer to Interstate Compact-Facility

Rationale: Based upon information received from Craig Arms, Intelligence Specialist, V. Woodhouse has been exposed and labeled as a "snitch" by Bloods in the VADOC, Woodhouse is a candidate to be considered for protective custody or out-of-state transfer.

ICA: Kiser, Justin W            Date: 6/8/2017

**Administrative Review:**

Decision: Approve            Transfer to Interstate Compact-Facility

Duncan, Amee B            Date: 6/9/2017

Comments: Based upon information gathered by Craig Arms, VADOC Intelligence Specialist, during an interview with Offender Woodhouse. Mr. Arms determined it likely Offender Woodhouse has been labeled a "snitch" by Bloods in the VADOC due to his involvement and statements in a court case. It is recommend by Mr. Arms and ROSP that Offender Woodhouse be transferred out of state.



RECEIVED
SEP 03 2019
OMBUDSMAN SERVICE UNIT
WESTERN REGION



Enclosure A



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: WRSP Wallens Ridge State Prison
Report generated by Ravizee, B J
Report run on 09/28/2020 at 02:38 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Woodhouse, Vincent L | 1031027 | Current | Wallens Ridge State Prison | WRSP-20-REG-00356 |
| **Housing** | | Filed | Wallens Ridge State Prison | |
| D-1-104-B | | | | |

LEVEL I:   WARDEN/SUPERINTENDENT'S RESPONSE   (To be completed and mailed within 30 calendar days)

Grievance Summary: In your grievance, you state Unit Mgr. Stallard acted with deliberate indifference to your safety when you were again housed with A. Phillips #1160004, despite he was previously convicted of threatening bodily harm to your person on 6-24-2020. You state on 8-17-2020, A. Phillips punched you three times in the face while you had your headphones on. Your headphones were broken. You received stitches and other medical care.

As a result of this grievance, you would like (the following action taken) replace your headphones and offender Phillips placed on keep separate.

Results of the Informal Process: You submitted Informal Complaint WRSP-20-INF-02033. Unit Mgr. Stallard responded upon arriving in A-4 housing unit, you told my Lt. and myself that you have no issues being housed in the same pod with offender Phillips.

Investigation: Investigation into your complaint determined on 6-24-2020 offender Phillips was charged with a 212 for threatening bodily harm towards you. Documented enemy situations are checked before cell assignments are made. You were released to general population and assigned to A-412 on 7-8-2020. Unit Mgr. Stallard reported that you told him and Lt. Fields that you did not have any issues being housed in the same housing unit with offender Phillips. On 8-17-2020, offender Phillips struck you during pod recreation. He was charged with a 239B. After this incident, offender Phillips was placed on your keep separate list. Medical reported that you did have injury to eye and lip, and received sutures on 8-17-2020. You were seen on 8-26-2020, healed no infection. There was no notation regarding being knocked out in medical chart.

Procedure: Operating Procedure 830.6 governs this issue.

In accordance with the above information, this grievance is deemed **unfounded**. No further action appears to be necessary at this time.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 5427 Peters Creeks Road-Suite 350, Roanoke, VA  24019-3891

Warden/Superintendent: [signature]     Date: 9/30/2020

I wish to appeal the Level I response because:
my headphones were broken as a result of prison officials putting me back in the pod with A. phillips after he threatened to do bodily harm. They essentially orchestrated the attack. I want my headphones replaced.

Offender Signature: [signature]     Date: 10/8/20

RECEIVED OCT 08 2020 OMBUDSMAN SERVICE UNIT WESTERN REGION

Page 1 of 1     Rev. 05/31/2007

1 of 3           Exhibit B

VIRGINIA DEPARTMENT OF CORRECTIONS

866.1 A-7

## Offender Grievance Response - Level II

DOC Location: WRO Western Regional Office
Report generated by Paderick, K
Report run on 10/14/2020 at 11:58 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Woodhouse, Vincent L | 1031027 | Current | Wallens Ridge State Prison | WRSP-20-REG-00356 |
| **Housing** | | Filed | Wallens Ridge State Prison | |
| D-1-104-B | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **unfounded**. I find no violation of policy.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

| Regional Administrator | Date |
|---|---|
| [signature] | 10/22/2020 |

*Exhibit C*

Offender Grievance Response - Level II

Rev. 05/31/2007

Report run on 10/14/2020 at 11:58 AM

Page 1 of 1