CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 02 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

Woodhouse

v.

King, et al.,

DECLARATION

CASE No. 720CV00655

Vincent Woodhouse declares:

1. upon Information and belief Prison officials have conspired to hinder my access to the 6 Month Certified Account Statement, with hopes of having my compliant dismissed.

2. On November 16, 2020 I wrote my counsler B. young advising him I needed a Prisoner Trust Account Report from the Buisness office. see exhibit A attached. Normally I would have recieved the report within 3 days. I've proceeded forma paupris before.

3. On November 23, 2020 I filed an informal compliant trying to resolve this issue. I haven't recieved a response yet.

4. I will not be able to recieve a prisoner trust Account Report unless I have help from the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Big Stone Gap, VA 24219. November 29, 2020.

*Vincent Woodhouse*
Vincent Woodhouse



**VIRGINIA DEPARTMENT OF CORRECTIONS**

Offender Request 801_F3_10-17

To: Counselor B. Young

Exhibit A

Case No. 1124-A3
D-104

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name</u>, <u>Number</u>, <u>Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Woodhouse | Vincent | | 1031027 | D104 |
| **WORK ASSIGNMENT** | **ASSIGNED COUNSELOR** | | **TODAY'S DATE** | |
| | B. Young | | 11/16/20 | |

**TO:**
- [ ] Unit Manager
- [ ] Treatment
- [ ] Chaplain
- [x] Other  B. Young
- [ ] Medical
- [ ] Mental Health
- [ ] Assistant Warden
- [ ] Personal Property
- [ ] Education
- [ ] Warden
- [ ] Law Library
- [ ] Enterprise Shop
- [ ] Dental
- [ ] Security
- [ ] Accounting

**CHECK PURPOSE**  [ ] Appointment Request  [x] Question/Statement

Counselor Young,
I have a court order to provide a certified copy of ~~statements~~ the last 6 months of my account statements (deposits and balances). Please contact the business office and bring these forms to me. I have 10 days to provide this information to the court.
Respectfully Submitted

(May - Oct)

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

### RESPONSE

Request sent to correct department [ ] Yes [ ] No; Routed to: _____ Date: _____

I requested this for you on 11/13/2020 and will deliver it to you upon receipt.

Offender seen [ ] Yes [ ] No

B. Young
**Official Responding**

11/18/2020
**Date of Response**

Revision Date: 10/26/17

Vincent Woodhouse 1031027
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
30 NOV 2020 PM 1 L

RECEIVED
NOV 30 2020
MAILROOM

24011-220599

United States District Court
Office of the Clerk
210 Franklin Rd., RM 540
Roanoke, VA 24011