# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **VINCENT WOODHOUSE,** | |
| Plaintiff, | Civil Action No. 7:20-cv-00655 |
| v. | **ORDER** |
| **MAJOR KING, et al,** | By: Hon. Robert S. Ballou |
| Defendant(s). | United States Magistrate Judge |

Plaintiff filed a civil rights action pursuant to 42 U.S.C. §1983. On November 9, 2020, the Court conditionally filed the action and plaintiff was directed to return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On December 2, 2020, the plaintiff notified the Court that he was having difficulty obtaining the required documentation.

It is hereby **ORDERED** that the Plaintiff's pleading shall be construed as a motion for extension of time and shall be given twenty days from the entry of this order to submit the required inmate account information. The Clerk is directed to send a certified copy of this Order to plaintiff. All mailed pleadings should be sent to Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

ENTER: This 2nd day of December, 2020.

s/Robert S. Ballou
United States Magistrate Judge

# PRISONER TRUST ACCOUNT REPORT

Case No. 7:20CV00655

Plaintiff: VINCENT WOODHOUSE v. Defendant(s): MAJOR KING, ET AL

**THIS FORM IS FOR THE TRUST OFFICER TO FILL OUT AND RETURN TO INMATE TO SEND BACK TO THE COURT - *MAKE SURE SIX-MONTH STATEMENTS ARE INCLUDED* FROM: Clerk, United States District Court for the Western District of Virginia**

**INMATE NAME AND INMATE NO. VINCENT WOODHOUSE, #1031027**

Under the Prison Litigation Reform Act, a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the **preceding six-months** a certified copy of the prisoner's trust account statement for the six-months prior to the filing of the civil action. Accordingly, the trust officer is requested to complete this form, attach supporting ledger/statements, *and return these documents to the prisoner within 10 days.

Was the inmate incarcerated anywhere else besides this facility in the last six months? _____ Yes _____ No

If yes, which facility? _____

If yes, state month(s) and year(s) the inmate was incarcerated at that other facility.

_____Month(s)  _____Year(s)

**DATE THIS ACTION WAS FILED WITH THE COURT:** _____
(Example- If this case was filed in January- The court needs six-month statements for July – December)

Total Deposits for **six-months prior** to filing this action      Account Balance on last day of month for **six-months prior** to filing this action

| Month | Amount | Month | Amount |
|---|---|---|---|
| MAY | _____ | MAY | _____ |
| JUNE | _____ | JUNE | _____ |
| JULY | _____ | JULY | _____ |
| AUG | _____ | AUG | _____ |
| SEPT | _____ | SEPT | _____ |
| OCT | _____ | OCT | _____ |

$_____     $_____
AVERAGE MONTHLY DEPOSITS              AVERAGE MONTHLY BALANCE

I certify that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached six-month statements are true copies of account records maintained in the ordinary course of business.

**TRUST OFFICER SIGNATURE**_____**DATE:**_____

**\*In the event the prisoner has insufficient funds in his/her prisoner trust account to pay for copies of the required six-month statements, the facility shall provide the prisoner additional photocopying service loans.**