INMATE CONSENT FOR WITHHOLDING OF PAY
FOR ASSESSED FILING FEE FOR THE WESTERN DISTRICT OF VIRGINIA

**VINCENT WOODHOUSE,**
    Plaintiff,

v.

Civil Action No 7:20-cv-00655

**MAJOR KING, et al,**
    Defendant(s).

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2020

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

## CONSENT TO FEE

I, VINCENT WOODHOUSE 1031027, hereby consent for the appropriate prison officials to withhold from my prison account an initial payment of $15.02 and to collect on a continuing basis each month, an amount no more than 20% of each prior month's income, until such time as the filing fee of **$350.00** has been collected in full. Each time the collection of payments reaches the amount of $10.01, the Trust Officer shall forward the interim payment to the Clerk's Office, U. S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208, until such time as the fees are paid in full. By executing this document, I also authorize withholding of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation.

I agree that if I am transferred prior to payment of the full fee, the balance owing will be reported to the new institution with directions to continue the withdrawal of funds until the entire fee is paid. Payment will continue, if necessary, after resolution of this action until the full filing fee is paid.

*Vincent Woodhouse*
SIGNATURE OF PLAINTIFF

DATE_____

***After signing this form, I understand that I am to send it back to the Court for processing to: Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

Vincent Wortham 1031027
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
18 DEC 2020 PM 1 L

24011-220999

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY

United States District Ct.
Office of the Clerk
210 Franklin Rd Rm 540
Roanoke, VA 24011