CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2021

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

Case # 7:20 cv 00655

1/14/21

Clerk of the Court,

I need to know if my consent form was recieved by this Court. Because I have reason to believe that my outgoing mail is being interfered with. If my consent form was not recieved, Please mail me another one, in the intrest of Justice.

Respectfully Submitted
Vincent

Vincent Woodhouse 1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

January 14, 2021

Clerk of the Court,   Case # 7:20 CV
                                          00655

    I need to know if my signed consent form was recieved by the court. Because I have reason to believe prison officials are interfering with my incoming and outgoing mail.

    If my consent form was not recieved please send me another consent form along with and updated docket sheet.

Vincent Woodhouse
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

Vincent Workhouse 1031027
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

Virginia Dept of Corrections
Has Neither Censored or Inspected
Item. Therefore the Dept Does Not Assume
Any Responsibiliy For It"s Contents

U.S. POSTAGE >> PITNEY BOWES
$ 000.50⁰
ZIP 24219
02 4W
0000369381 JAN 19 2021

United States District
Office of the Clerk
210 Franklin Rd. Rm. 540
Roanoke, VA 24011

240113２２０８ C009

Vincent Woodhouse 1031627
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
15 JAN 2021 PM 3 L

RECEIVED
JAN [?]
MAILROOM

United States District
Office of the Clerk
210 Franklin Rd. Rm. 540
Roanoke, VA 24011

24011—555022

LEGAL MAIL