# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Roanoke Division

VINCENT WOODHOUSE,

    Plaintiff,

v.                                          CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,

    Defendants.

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendant:

    **Major King, Joseph Ely, and Unit Manager Stallard**

    I certify that I am admitted to practice in this Court.

<u>February 2, 2021</u>
Date

                                            Respectfully submitted,

                                            MAJOR KING, JOSEPH ELY, and UNIT MANAGER STALLARD

                By:     <u>s/ Laura H. Cahill</u>
                            Laura H. Cahill, AAG, VSB#86328
                            Office of the Attorney General
                            Criminal Justice & Public Safety Division
                            202 North 9th Street
                            Richmond, Virginia 23219
                            (804) 786-5630
                            (804) 786-4239 (Fax)
                            Email: [lcahill@oag.state.va.us](mailto:lcahill@oag.state.va.us)

## CERTIFICATE OF SERVICE

hereby certify that on the 2nd day of February, 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: N/A;

And I hereby certify that I have mailed the document, postage prepaid, to the following non-filing user:

Vincent Woodhouse, # 1031027
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

                                                  s/ Laura H. Cahill
Laura H. Cahill, AAG, VSB#86328
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5630
(804) 786-4239 (Fax)
Email: lcahill@oag.state.va.us