**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

VINCENT WOODHOUSE,

    Plaintiff,

v.                                            CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,            **ORDER**
                                                   **By: Robert S. Ballou**
    Defendants.               **United States Magistrate Judge**

## **ORDER**

Upon consideration of defendants' motion for an extension of time to file an initial response to the Complaint (Dkt. No. 1), it is hereby **ORDERED** that defendants' motion for an extension of time (Dkt. No. 14) is **GRANTED**, and the defendants shall have an additional thirty (30) days to file an initial response to the Complaint from the date of this Order.

The Clerk is directed to send copies of this Order to the parties.

                                                   Enter:        /        /2021

                                                   _____
                                                   United States Magistrate Judge