CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2021

JULIA C. DUDLEY, CLERK
BY: ABeeson
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

Vincent Woodhouse

v.

King, et al.

PLAINTIFFS
FIRST REQUEST
FOR PRODUCTION
OF DOCUMENTS

Civil Action
7:20 cv 00655

Pursuant to Rule 34 of the Federal Rules of Civil procedure Plaintiff requests that Defendant King produce for inspection and copying the following documents:

1. A copy of the Disciplinary Report Threatening Bodily harm charge that was given to Anwar phillips on 6/24/2020.

2. All written statements originals or copies, identifiable as reports about the incident on August 17th, 2020.

3. Any and all photographs of plaintiffs injurys from the assault on August 17, 2020.

1

4. Any and all written statements original or copies, identifiable as Medical records pertaining to plaintiff's injury's stemming from the assault on August 17, 2020.

5. Any and all copies of Institutional Classification Authority hearing for the plaintiff conducted on or before July 8th 2020.

6. Any and all rules, regulations, and policies of the VADOC about seperating prisoners who have threatened bodily harm to each other.

Vincent Woodhouse 1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
28 APR 2021 PM 2 L



VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

RECEIVED
APR 28 2021
MAILROOM

United States District Ct.
Office of the Clerk
210 Franklin Rd. R.M. 540
Roanoke, VA 24011

24011-220999