CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 03 2021

JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

The United States District Court
Office of the Clerk
210 Franklin Rd. Rm. 540
Roanoke, VA 24011

Clerk of the Court,
Please provide me an updated Docket sheet of these 2 cases, civil action No. 7:20-cv-00655 and civil action no. 7:20-cv-00634. I a~ an the plaintiff in both of these cases. Thank you and I look forward to hearing from you.

Respectfully
Submitted
Vincent Woodhouse
1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

Vincent Woodhouse 1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
30 APR 2021 PM 3 L

Earth Day
April 22



VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

RECEIVED
APR 30 2021
MAILROOM

24011-000340

United States District
Office of the Clerk
210 Franklin Rd.
Room 540
Roanoke, VA 24011