CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 28 2021

JULIA C. DUDLEY, CLERK
BY: /s/ ASeagle
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

Woodhouse

v.

King, et al.,

# MOTION FOR AN ORDER COMPELLING DISCOVERY

Case no. 7:20-cv-00655

    Plaintiff moves this Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling defendant King to produce for inspection and copying the following documents: A copy of the Disciplinary report for threatening bodily harm, that was given to Anwar phillips on 6/24/20.; All written statements original or copies, identifiable as reports about the Incident on August 17, 2020; Any and all photographs of plaintiff's injurys from the assault on August 17th, 2020.; Any and all medical records pertaining to plaintiff's injurys stemming from the assault on August 17, 2020 and Any and all original or copies of the Institutional Classification Hearings conducted on or before July 8th, 2020.

    Plaintiff submitted a written request for these on April 27, 2021, but have not recieved these documents

Plaintiff also moves for an order pursuant to Rule 37(a)(4) requiring the aforesaid Defendants to pay plaintiff the sum of $1,000.00 as reasonable expenses in obtaining this order, on the ground that the Defendants' refusal to produce the documents had no substantial justification.

May 26 2021

*Vincent Woodhouse*

Vincent Woodhouse 1031027
Wallens Ridge State prison
P.O Box 759
Big Stone Gap, VA 24219

Vincent Woodhouse 1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
26 MAY 2021 PM 3 L

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

RECEIVED
MAY 26 2021
24011-　　　　
MAILROOM

United States District Ct
Office of the Clerk
210 Franklin Rd Rm. 540
Roanoke, VA 24011