IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

VINCENT WOODHOUSE,

    Plaintiff,

v.                                  CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,

    Defendants.

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendants, by counsel, hereby notify the Court that on June 2, 2021, Defendants mailed their Responses to Plaintiff's First Request for Production of Documents, ECF No. 17, in accordance with the deadlines contained in the Federal Rules of Civil Procedure. Defendants therefore request that this Court dismiss Plaintiff's Motion to Compel Discovery, ECF No. 20, as premature.

                                              Respectfully submitted,

                                              MAJOR KING, JOSEPH ELY, and UNIT MANAGER STALLARD

By:       s/ Laura H. Cahill
            Laura H. Cahill, AAG, VSB#86328
            Office of the Attorney General
            Criminal Justice & Public Safety Division
            202 North 9th Street
            Richmond, Virginia 23219
            (804) 786-5630
            (804) 786-4239 (Fax)
            Email:  lcahill@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2021, I electronically filed the foregoing Defendants' Response to Plaintiff's Motion to Compel Discovery with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants: N/A, and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant:

Vincent Woodhouse, # 1031027
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

        s/ Laura H. Cahill
Laura H. Cahill, AAG, VSB#86328
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5630
(804) 786-4239 (Fax)
Email:  lcahill@oag.state.va.us