# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Roanoke Division

VINCENT WOODHOUSE,

    Plaintiff,

v.                          CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,

    Defendants.

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants, by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this Honorable Court for entry of an Order granting a brief extension of time in which to file a motion for summary judge in accordance with this Court's Order, dated May 6, 2021, ECF No. 19, for the following reasons:

1. Counsel for Defendants is preparing a motion for summary judgment but due to an urgent personal matter, a brief period of additional time is needed. Defendants respectfully request an additional five (5) days from the original deadline of June 7, 2021—making the new deadline to file a motion for summary judgment June 12, 2021.

2. The undersigned submits that this motion is made in good faith, is not interposed for the purpose of delay, will work no prejudice to the Plaintiff, and is in the best interests of justice and judicial economy.

                                                 Respectfully submitted,

                                                 MAJOR KING, JOSEPH ELY, and UNIT MANAGER STALLARD

                     By:       s/ Laura H. Cahill
                                     Laura H. Cahill, AAG, VSB#86328
                                     Office of the Attorney General

Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5630
(804) 786-4239 (Fax)
Email:  lcahill@oag.state.va.us

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2021, I electronically filed the foregoing Defendants' Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants: N/A, and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant:

Vincent Woodhouse, # 1031027
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

                                                    s/ Laura H. Cahill
                                     Laura H. Cahill, AAG, VSB#86328
                                     Office of the Attorney General
                                     Criminal Justice & Public Safety Division
                                     202 North 9th Street
                                     Richmond, Virginia 23219
                                     (804) 786-5630
                                     (804) 786-4239 (Fax)
                                     Email:  lcahill@oag.state.va.us