# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Roanoke Division

VINCENT WOODHOUSE,

    Plaintiff,

v.                                    CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,           **ORDER**
                                           **By: Robert S. Ballou**
    Defendants.                 **United States Magistrate Judge**

## **ORDER**

Upon consideration of defendants' motion for an extension of time to file a motion for summary judgment, it is hereby **ORDERED** that defendants' motion for an extension of time (Dkt. No. 22) is **GRANTED**, and the defendants shall have until June 12, 2021 to file a motion for summary judgment.

The Clerk is directed to send copies of this Order to the parties.

                                                     Enter:      /      /2021

                                                     _____
                                                     United States Magistrate Judge