June 1st 2021

United States District Court
Office of the Clerk
210 Franklin Rd. RM 540
Roanoke, VA 24011

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 04 2021
JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

Case No. 7:20-cv-00655

Clerk of the ~~Clerk~~ Court,

please send me an updated Docket sheet for the above style case. I look forward to hearing from you.

Vincent Woodhouse
1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

Vincent Woodhouse 1031027
Wallen Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
2 JUN 2021  PM 3  L



RECEIVED
JUN 02 2021
MAILROOM

United States District Ct.
Office of the Clerk
210 Franklin Rd. Rm 540
Roanoke, VA 24011

24011-220999