**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

VINCENT WOODHOUSE,

    Plaintiff,

v.                          CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants King, Ely, and Stallard, by counsel, respectfully move this Honorable Court for entry of summary judgment pursuant to Rule 56 of the *Federal Rules of Civil Procedure* for the reasons set forth in the Memorandum in Support accompanying this Motion.

                                              Respectfully submitted,

                                              MAJOR KING, JOSEPH ELY, and UNIT
                                              MANAGER STALLARD

By:         *s/ Laura H. Cahill*
            Laura H. Cahill, AAG, VSB#86328
            Office of the Attorney General
            Criminal Justice & Public Safety Division
            202 North 9th Street
            Richmond, Virginia 23219
            (804) 786-5630
            (804) 786-4239 (Fax)
            Email:  lcahill@oag.state.va.us

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June 2021, I electronically filed the foregoing Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants: N/A, and I hereby certify that I have mailed the document by UPS Ground Service to the following non-filing user:

    Vincent Woodhouse, # 1031027
    Wallens Ridge State Prison
    272 Dogwood Drive
    Big Stone Gap, VA 24219

By:     s/ Laura H. Cahill
    Laura H. Cahill, AAG, VSB#86328
    Office of the Attorney General
    Criminal Justice & Public Safety Division
    202 North 9th Street
    Richmond, Virginia 23219
    (804) 786-5630
    (804) 786-4239 (Fax)
    Email:  lcahill@oag.state.va.us