IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

VINCENT WOODHOUSE,

    Plaintiff,

v.                            CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,

    Defendants.

## AFFIDAVIT

State of Virginia, County of Wise, to-wit:

    J. LIGHT, first being duly sworn, states as follows:

1. I am an Intel Officer for Wallens Ridge State Prison (WRSP).

2. I base the information contained in this Affidavit on personal knowledge and records maintained in the regular and ordinary course of business.

3. I have been informed of this lawsuit filed by inmate Vincent Woodhouse (#1031027) and his allegation that VDOC staff failed to protect him when he was housed with inmate A. Phillips.

4. I have reviewed the video that was retained from the August 17, 2020 incident involving inmates Woodhouse and A. Phillips. A copy of this video is being provided, under separate cover, as Enclosure A.

5. As reflected by the video, the incident between Woodhouse and Phillips appears to have started without warning and both inmates walked away after the incident as if nothing had happened. They do not appear to have reported anything to security staff.

J. LIGHT

_____
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the State of Virginia, County of Wise, this 7th day of June 2021.

_____
Notary Public

My commission expires: 01-31-2024

2

# ENCLOSURE A

Re: <u>Vincent Woodhouse v. Major King, et al.</u>

Civil Action No. 7:20cv655

Rapid Eye Video of August 17, 2020[1]

(<u>See</u> J. Light Affidavit, paragraph 4)

---

[1] The rapid-eye video is being provided to the Court under separate cover.