CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2021

JULIA C. DUDLEY, CLERK
BY: /s/ A Beeson
DEPUTY CLERK



# COMMONWEALTH of VIRGINIA

*Office of the Attorney General*
*Richmond 23219*

**Mark R. Herring**
Attorney General

202 N. 9th Street
Richmond, Virginia 23219
804 - 786 - 2071
804 - 371 - 8946 TDD

June 14, 2021

Honorable Julia C. Dudley
Clerk, Western District of Virginia (Roanoke)
210 Franklin Road S.W.
Suite 540
Roanoke, VA 24011-2208

    Re:    Woodhouse v. King, et al.
            Case No. 7:21-cv-00655

Dear Ms. Dudley:

    Enclosed is a CD containing the video referenced in Enclosure A to the Affidavit of J. Light in support of Defendants' Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment.

    Should you have any questions, please contact me at (804) 786-5630.

                                             Sincerely,

                                             Laura H. Cahill
                                             Assistant Attorney General

Enclosure
cc:    Vincent Woodhouse, # 1031027 (w/o enc.)
       Wallens Ridge State Prison
       P.O. Box 759
       Big Stone Gap, VA 24219