In The United States District Court
For the Western District of Virginia
Roanoke Division
CLERK'S OFFICE U.S. DISTRICT. COURT AT ROANOKE, VA FILED MAY 10 2023 LAURA A. AUSTIN, CLERK BY: /s/ Beeson DEPUTY CLERK

Vincent Woodhouse

v.

Major King

**PROPOSED EXHIBITS AND EXPERT WITNESS FOR TRIAL**

Expert Witness Margaret Wilson P.I.
Coalition for Prisoner Justice
P.O. Box 279
Blacksburg, VA 24063

Margaret Wilson P.I. is a retired NCDOC (North Carolina Department of Corrections) investigator who is an expert in prison matters but not limited to inmates' being labeled "snitch", their protective needs etc.

Proposed Exhibits

Exhibit A: Institutional Classification Hearing Form stating Plaintiff has been labeled and exposed as a snitch in the VADOC

Exhibit B: Anwar Phillips Threatening Bodily harm charge.

Exhibit C  Plaintiff's Photographs of Injuries.
Exhibit D  Major King's Affidavit
Exhibit E  Request for Admissions

May 7, 2023
*Vincent Woodhouse*
Vincent Woodhouse
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

Vincent Woodhouse 1031027
Wallens Ridge State prison
P.O. Box 759
Big Stone Gap, VA 24219

KNOXVILLE TN 377
8 MAY 2023 PM 2 L



VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

Received
Mailroom

MAY 08 2023

Wallens Ridge
State Prison

24011-220840

United States District Court
Office of the Clerk
210 Franklin Rd. Rm. 540
Roanoke, VA 24011