# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Roanoke Division

VINCENT WOODHOUSE,

    Plaintiff,

v.                                       CIVIL ACTION NO. 7:20cv655

MAJOR KING, *et al.*,

    Defendants.

## DEFENDANT KING'S CERTIFICATE OF COMPLIANCE

On December 15, 2023, Defendant King, by counsel, provided Plaintiff's counsel of record a copy of Defendant King's responses to Plaintiff's Requests for Admissions requests # 1 through 4 (ECF No. 39). As previously requested in Defendant King's Response (ECF No. 59) to Plaintiff's *pro se* filed Request for Sanctions, Defendant King respectfully asks that this Court deny Plaintiff's *pro se* filed Request for Sanctions (ECF No. 58) upon the filing of this certificate of compliance.

                                        Respectfully submitted,

                                        MAJOR KING

                By:       s/ Laura H. Cahill
                          Laura H. Cahill, AAG, VSB#86328
                          Office of the Attorney General
                          Criminal Justice & Public Safety Division
                          202 North 9th Street
                          Richmond, Virginia 23219
                          (804) 786-5630
                          (804) 786-4239 (Fax)
                          Email: lcahill@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2023 I electronically filed the foregoing Defendant King's Certificate of Compliance with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants:

> Harmony Iris Loube
> Steptoe & Johnson
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> 443-975-2753
> Email: hjones@steptoe.com
> *Counsel for Plaintiff*

and I hereby certify that a courtesy copy was sent by the United States Postal Service to the following non-CM/ECF participant:

> VADOC Centralized Mail Distribution Center
> Vincent Woodhouse, # 1031027
> 3521 Woods Way
> State Farm, Virginia 23160

                                             s/ Laura H. Cahill
                                             Laura H. Cahill, AAG, VSB#86328
                                             *Counsel for Defendant King*